# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **MATTHEW EDWARD ALEXANDER** | * | **CIVIL ACTION NO.  16-0867** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **VERIZON WIRELESS SERVICES LLC** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant "Verizon Wireless Services, LLC's Motion to Dismiss Plaintiff's Complaint for Failing to State a Cause of Action under Fed. R. Civ. P. 12(b)(6)" [Doc. No. 7] is GRANTED, and  Plaintiff's lawsuit is hereby DISMISSED WITH PREJUDICE, in its entirety.

MONROE, LOUISIANA, this 14th day of November, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE